UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CAREY, | 1: 05 CV 01301 LJO  WMW  HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RE RESPONDENT'S MOTION TO DISMISS CLAIM ONE OF PETITION FOR WRIT OF HABEAS CORPUS |
| v. | |
| JAMES YATES, | [Doc. 10 , 14] |
| Respondent. | CERTIFICATE OF APPEALABILITY DENIED |
| | ORDER GRANTING REQUEST TO FILE AMENDED PETITION |

Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On January 11, 2008, the Magistrate Judge filed findings and recommendations herein. These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. Petitioner filed objections on February 12, 2008.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.

1983).  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Petitioner may seek to appeal from the judgment of the court in this case.  Petitioner cannot proceed on such an appeal absent a certificate of appealability.  The controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
> (B) the final order in a proceeding under section 2255.
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or issues satisfy the showing required by paragraph (2).

In the present case, the court finds no denial of a constitutional right.  Accordingly, a certificate of appealability will be denied.

In his objections to the findings and recommendations, Petitioner requests permission to file an amended petition.  Good cause appearing, Petitioner's request will be granted.

Based on the foregoing, IT IS HEREBY ORDERED as follows:

1) The findings and recommendations entered January 11, 2008, are adopted;
2) Respondent's motion to dismiss is GRANTED;
3) A certificate of appealability is DENIED;
4) Petitioner's first claim is DISMISSED;
5) Petitioner is GRANTED thirty (30) days from the date of service of this order within which to file a first amended petition.  The first amended petition shall be filed on the correct form, previously used by Petitioner in filing his original petition.  The first amended petition shall be complete within itself, and shall contain all of Petitioner's claims.  Petitioner is cautioned

that his failure to timely file such a complete first amended petition will result in this case proceeding on the original petition.

IT IS SO ORDERED.

Dated:   **March 6, 2008**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE